DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERTRAM CROCKER,**
Appellant,

v.

**WILLIAM J. TIGHE,**
Appellee.

No. 4D17-3738

[June 28, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-2014-CA-008922-XXXX-MB.

Philip M. Chopin of Chopin & Chopin, LP, West Palm Beach, for appellant.

Kenneth D. Lemoine of Kenneth D. Lemoine, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***